UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIOUS FERGUSON | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0738 |
| v. | : | (JUDGE MANNION) |
| | : | |
| WARDEN HAIDLE, | | |
| | : | |
| Respondent | | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** without prejudice.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 28, 2021**
21-0738-01-Order